AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Baker, Valerie L | 2. Court or Organization<br><br>USDC, Central District of CA | 3. Date of Report<br><br>5/5/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge Nominee | 5. ReportType (check appropriate type)<br><br>◉ Nomination,   Date   5/4/2006<br><br>○ Initial   ○ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>4/30/2006 |
| 7. Chambers or Office Address<br><br>Superior Court, Dept. L<br>1725 Main Street<br>Santa Monica, CA 90401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1986 | Judges' Retirement System, State of California, pension payments to commence 6/25/09. |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Baker, Valerie L | 5/5/2006 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2006 | State of California, Judge's Salary | 61,389.70 |
| 2. | 2005 | State of California, Judge's Salary | 140,159.63 |
| 3. | 2004 | State of California, Judge's Salary | 133,847.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005-06 | Self employed, Lawyer, Law Partnership |
| 2. | 2005-06 | University of Southern California (USC), Teaching |
| 3. | 2005-06 | The Rutter Group (West Publishing), Royalties (for book authorship) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | EXEMPT | |

## 𝘐. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

⊐ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   EXEMPT | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## 𝘐. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

⊐ NONE   - (No such reportable gifts.)

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Valerie L | 5/5/2006 |

## II. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| American Funds: | | | | | Exempt | | | | |
| - The Cash Management Trust of America | A | Dividend | J | T | | | | | |
| - The Growth Fund of America (IRA) | A | Dividend | L | T | | | | | |
| - The Bond Fund of America (IRA) | B | Dividend | K | T | | | | | |
| - Capital World Growth & Income Fund (IRA) | A | Dividend | J | T | | | | | |
| Bank of America (Checking Account) | A | Interest | J | T | | | | | |
| County of Los Angeles Savings Plan Funds (Retirement): | | | | | | | | | |
| - Conservative Pre-Assembled Portfolio | A | Interest | K | T | | | | | |
| - MFS Instl. Intl. Equity | A | Interest | K | T | | | | | |
| - ICM Small Company | A | Interest | K | T | | | | | |
| - T.Rowe Price New Horizen | A | Interest | K | T | | | | | |
| - Bernstein US Diversified Value Fund | A | Interest | K | T | | | | | |
| - ICAP Equity Portfolio | A | Interest | K | T | | | | | |
| - SSGA S&P Flagship Series Fund C | A | Interest | K | T | | | | | |
| - TCW Concentrated Core Equities Fund | B | Interest | K | T | | | | | |
| - Dodge & Cox Balanced Fund | A | Interest | K | T | | | | | |
| - City National Bank Fund | A | Interest | L | T | | | | | |
| - Stable Value Fund | A | Interest | K | T | | | | | |

1. Income/Gain Codes;    A  = $1,000 or less    B  = $1,001-$2,500    C  = $2,501-$5,000    D = $5,001-$15,000    E  = $15,001-$50,000
(See Columns B1 and D4)    F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2  = More than $5,000,000
2. Value Codes:    J  = $15,000 or less    K = $15,001-$50,000    L  = $50,001-$100,000    M  = $100,001-$250,000
(See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000    P1  = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3  = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q  = Appraisal    R  = Cost (Real Estate Only)    S  = Assessment    T  = Cash/Market
(See Column C2)    U = Book Value    V  = Other    W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Valerie L | 5/5/2006 |

## II. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| County of Los Angeles Deferred Comp. & Thrift Plan (Retmt): | | | | | Exempt | | | | |
| - Pre-Assembled Portfolio A | A | Interest | J | T | | | | | |
| - Pre-Assembled Portfolio B | A | Interest | J | T | | | | | |
| - Pre-Assembled Portfolio D | A | Interest | J | T | | | | | |
| - Capital Guardian International (Non-US) | A | Interest | J | T | | | | | |
| - Causeway International Value Equity Fund | A | Interest | J | T | | | | | |
| - Small Cap Equity Managed by Brandy Wine | A | Interest | J | T | | | | | |
| - DIA Medium Size Company Fund | A | Interest | J | T | | | | | |
| - SSGA S&P 500 Flagship Services - Fund C | A | Interest | J | T | | | | | |
| - PIMCO High Yield Fund | A | Interest | J | T | | | | | |
| - Washington Mututal Bank Fund | A | Interest | J | T | | | | | |
| - LA County State Income Fund | A | Interest | L | T | | | | | |
| Morgan Stanley: | | | | | | | | | |
| - Cisco System Incorporated (Common Stock) | | None | | | | | | | |
| - Intel Corporation (Common Stock) | A | Dividend | | | | | | | |
| - Microsoft Corporation (Common Stock) | A | Dividend | | | | | | | |
| - Pepsi Bottling Group, Inc. (Common Stock) | A | Dividend | | | | | | | |
| - The Technology Sel Sec Spdr Fd (Common Stock) | A | Dividend | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Valerie L | 5/5/2006 |

## II. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 7. - Wyeth (Common Stock) | A | Dividend | | | Exempt | | | | |
| 8. - Yahoo Inc. (Common Stock) | A | Dividend | | | | | | | |
| 9. - Qualcom Inc. (Common Stock) | A | Dividend | | | | | | | |
| 10. - Total Fina Elf SIA (Common Stock) | A | Dividend | | | | | | | |
| 1. Spouse's Investments and Trusts: | | | | | | | | | |
| 2. Bank of America (Checking Accounts) | B | Interest | M | T | | | | | |
| 3. Bank of America Certificates of Deposit | A | Interest | E | T | | | | | |
| 4. Schwab Accounts: | | | | | | | | | |
| 5. - Schwab Money Market | B | Dividend | O | T | | | | | |
| 6. - Capital One Financial Corporation (Common Stock) | | None | O | T | | | | | |
| 7. - Trimble Navigational Limited (Common Stock) | | None | M | T | | | | | |
| 8. - Hoover Apartments (Menlo Park, CA) | B | Dividend | N | W | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                        P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Baker, Valerie L | 5/5/2006 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. Part VII, page 2, line 31 - page 3, line 40 - filer's individual stocks have all been sold as of 2/17/06.

2. In December 2005, filer's spouse acquired through inheritance the following asset: his parents' retirement plan funds in TIAA-CREF, estimated value $251,420. In 2006, filer's spouse expects to receive as part of the inheritance the following asset: approximately $500,000 of additional stock (mostly Capital One Financial stock).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Baker, Valerie L | 5/5/2006 |

## X.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  _Valerie L. Baker_                  Date  _May 8, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 10 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 129 | 131 |
| Real estate owned-add schedule | 1 | 700 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 45 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| IRA Account | | 91 | 366 | | | | |
| County of Los Angeles Deferred Compensation & Thrift Plan | | 122 | 901 | | | | |
| County of Los Angeles Savings Plan | | 408 | 927 | Total liabilities | | 129 | 131 |
| | | | | Net Worth | 2 | 249 | 063 |
| Total Assets | 2 | 378 | 194 | Total liabilities and net worth | 2 | 378 | 194 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |